LEGAL MAIL
Provided to
Wakulla CI

FEB 02 2026

FOR MAILING

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

TYVON ELISIAS,
PLAINTIFF,

V.                                    CASE NO. 3:25-CB-560-JEP-LLL

SGT. R. FISHER,
et al. DEFENDANT(S).          /

MOTION FOR PRELIMINARY INJUNCTION

COMES NOW, PLAINTIFF, TYVON ELISIAS, IN PROPER PERSON, PURSUANT TO FED. R. CIV. P. RULE 65, AND RESPESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT PLAINTIFF A PRELIMINARY INJUNCTION, COMPELLING THE DEFENDANTS TO PERFORM THE BELOW LISTED ACTION AS FOLLOWS:

1. A PRELIMINARY INJUNCTION COMPELLING THE DEFENDANTS TO HAVE PLAINTIFF'S PERMANENTLY DISFIGURED RIGHT HAND EXAMINED BY A PRIVATE OUTSIDE ORTOPEDIC SURGICAL PHYSICIAN/SPECIALIST, TO DETERMINE IF THERE'S ANY FORM OF OTHOPEDIC RECONSTRUCTIVE SURGERY, AND/OR PHYSICAL THERAPY THAT PLAINTIFF MAY UNDERGO TO RESTORE FULL USE OF THE DISFIGURED FACULTIES IN PLAINTIFF'S RIGHT HAND, WHEREAS BASED ON THE CLAIMS RAISED IN PLAINTIFF'S 42 U.S.C. §1983 CIVIL COMPLAINT, PLAINTIFF POSSESSES AN ABIDING FEAR THAT PLAINTIFF WILL NOT RECEIVE ADEQUATE MEDICAL CARE OR TREATMENT BY MEDICAL STAFF EMPLOYED BY THE FLORIDA DEPT. OF CORRECTIONS, AT THE LAKE BUTLER REGIONAL MEDICAL CENTER (R.M.C.), ~~AND HEREAFTER~~

WHEREFORE, PLAINTIFF HEREBY RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT PLAINTIFF A PRELIMINARY INJUNCTION, OR ANY OTHER RELIEF THIS HONORABLE COURT DEEMS LEGALLY APPROPRIATE AND JUST AS A MATTER OF LAW.

# SWORN OATH

I, TYVON ELISIAS, HEREBY SWEARS UNDER THE PENALTY OF PERJURY THAT ALL FACTUAL ALLEGATIONS CONTAINED IN THE FOREGOING "MOTION FOR PRELIMINARY INJUNCTION" ARE TRUE AND CORRECT.

THIS 01 DAY OF FEBRUARY ,2026 .

RESPECTFULLY SUBMITTED ,

TYVON ELISIAS D.C.# L77891

## CERTIFICATE OF SERVICE

I, TYVON ELISIAS, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING "MOTION FOR PRELIMINARY INJUNCTION" HAS BEEN FURNISHED VIA U.S. MAIL TO:

1. U.S. DISTRICT COURT
OFFICE OF THE CLERK
300 N. HOGAN STREET STE. 9-150
JACKSONVILLE, FL. 32202

2. OFFICE OF THE ATTORNEY GEN.
PL-01 THE CAPITOL
TALLAHASSEE, FL. 32399

3. THE FLA. DEPT. OF CORRECTIONS
GENERAL COUNSEL
501 S. CALHOUN STREET
TALLAHASSEE, FL. 32399

THIS 01 DAY OF FEBRUARY ,2026 .

RESPECTFULLY SUBMITTED ,

TYVON ELISIAS D.C.# L77891
WAKULLA CORRECTIONAL INST. ANNEX
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL. 32327

(2)

Turon Elisias # M48901
Wakulla C.I. Annex
110 Melaluec a Dr.
Crawfordville, Fl
                32327

MAILED FROM A
CORRECTIONAL
FACILITY

US POSTAGE

US DISTRICT Court
Office of The Clerk
300 N. Hogan Street
Suite 9-150
Jacksonville, Florida
                32202

32202-427175

LEGAL MAIL
Provided to
Wakulla CI

FEB 02 2026

FOR MAILING